# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140685(50)(51)(53)(54)

CAROL DRAKE and CLELLEN BURY,
         Plaintiffs-Appellants,

v

CITY OF BENTON HARBOR and HARBOR
SHORES COMMUNITY REDEVELOPMENT
CORPORATION,
         Defendants-Appellees.

_____

SC: 140685
COA: 287502
Berrien CC: 2008-000247-CE

On order of the Chief Justice, motions by the Boys & Girls Club(s) of Benton Harbor and the First Tee of Benton Harbor, by the Southwestern Michigan Tourist Council, by Ronald J. Taylor and by Saugatuck Dunes Coastal Alliance and others for leave to file briefs *amicus curiae* in this case are considered and they are granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

_____
Clerk